1  Gary A. Gotto, Bar No. 007401
   Keller Rohrback L.L.P.
2  3101 North Central Avenue, Suite 1400
3  Phoenix, AZ 85012
   Tel.: 602.248.0088
4  Fax: 602.248.2822
5  ggotto@kellerrohrback.com

6  Attorneys for Defendant Mark G. Monson
   *Additional Lawyers on Signature Page*
7

8

9  UNITED STATES DISTRICT COURT
   DISTRICT OF ARIZONA
10 TUCSON DIVISION

11

| | |
|---|---|
| Robert Bennetti, Linda Mariano, and Linki Peddy, individually and on behalf of a class of all other persons similarly situated, | Case No. 4:23-cv-00193-RCC |
| | **JOINT STIPULATION REGARDING SERVICE OF PROCESS AND EXTENSION OF TIME (First Request)** |
| Plaintiffs, | |
| vs. | |
| Mark G. Monson; David Johnson; Douglas Zimmerman, Alberto J. Tarajano; and DOES 1-25, | |
| Defendants. | |
| Community Provider of Enrichment Services, Inc. Employee Stock Ownership Plan and Trust, | |
| Nominal Defendant. | |

1

Plaintiffs Robert Bennetti, Linda Mariano, and Linki Peddy ("Plaintiffs"), and Defendants Mark G. Monson, David Johnson, Douglas Zimmerman, and Alberto J. Tarajano ("Defendants") have agreed to the following regarding waiver of service, and respectfully request the Court to adopt the following Stipulation:

WHEREAS, the parties agree that, in the interests of judicial economy and orderly management of the action, a schedule should be established with respect to acceptance of service by defendants, and any response to the Complaint (Dkt. 1) ("Complaint") filed by Defendants;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

1. Defendants Mark G. Monson; David Johnson; Douglas Zimmerman, and Alberto J. Tarajano will serve their responses to the Complaint on the same day.

2. The deadline for Defendants Mark G. Monson; David Johnson; Douglas Zimmerman, and Alberto J. Tarajano to respond to the Complaint will be August 4, 2023.

3. Defendants agree to accept service of the Complaint and to waive the formalities of service under Federal Rules of Civil Procedure 4(d).

4. This agreement is limited to the above-captioned litigation and should not be construed as an agreement by any Defendant to waive the requirements of Federal Rules of Civil Procedure 4(d) in any other litigation or for any purpose other than accepting service of Plaintiffs' Complaint in this action.

5. Defendants do not waive any other defenses, including the right to challenge personal or subject matter jurisdiction and venue. Plaintiffs agree that they will not argue

1  that waiver or acceptance of service or negotiation of this Stipulation and Order supports
2  personal jurisdiction over any Defendant.
3       WHEREFORE, Plaintiffs and Defendants respectfully request that the Court enter
4  this Stipulation as an Order of the Court.
5
6       IT IS SO STIPULATED.
7       DATED this 27th day of June, 2023.

Respectfully Submitted,

KELLER ROHRBACK L.L.P.


By: */s/ Gary A. Gotto*
    Gary A. Gotto, Bar No. 007401
    3101 North Central Avenue, Suite 1400
    Phoenix, AZ 85012
    Tel.: 602.248.0088
    ggotto@kellerrohrback.com

    Erin M. Riley (*pro hac vice forthcoming*)
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Tel.: 206.623.1900
    eriley@kellerrohrback.com

    *Attorneys for Defendant Mark G. Monson*

By: */s/ Gregory Stoltz*
      Gregory Stoltz (027519)
      G STOLTZ LAW, LLC
      530 Main Street, Suite B
      Tucson, Arizona 85701
      Tel.: 520.428.4734
      greg@gstoltzlaw.com

      *Attorneys for Plaintiffs Robert Bennetti, Linda Mariano, and Linki Peddy*


By: */s/ Lars Calvin Golumbic*
      Lars Calvin Golumbic (*pro hac vice*)
      Ross Philip McSweeney (*pro hac vice*)
      GROOM LAW GROUP CHARTERED
      1701 Pennsylvania Ave. NW, Suite 1200
      Washington, DC 20006-5811
      Tel.: 202.306.3013
      lcg@groom.com
      rmcsweeney@groom.com

      *Attorneys for Defendant Alberto J. Tarajano*


By: */s/ Elise D. Klein*
      Elise D. Klein (*pro hac vice forthcoming*)
      LEWIS BRISBOIS BISGAARD & SMITH LLP
      633 West 5th Street, Suite 4000
      Los Angeles, CA 90071
      Tel.: 213.680.5153
      elise.klein@lewisbrisbois.com

      *Attorney for Defendants David Johnson and Douglas Zimmerman*

4