UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Robert Bennetti, Linda Mariano, and Linki Peddy, individually and on behalf of a class of all other persons similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>Mark G. Monson; David Johnson; Douglas Zimmerman, Alberto J. Tarajano; and DOES 1-25,<br><br>  Defendants.<br><br>Community Provider of Enrichment Services, Inc. Employee Stock Ownership Plan and Trust,<br><br>  Nominal Defendant. | **Case No. 4:23-cv-00193-RCC**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS AND EXTENSION OF TIME** |

1

|   |   |
|---|---|
| 1 | |
| 2 | **[PROPOSED] ORDER** |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants shall |
| 4 | move to dismiss or otherwise respond to Plaintiffs' Complaint on or before August 4, 2023. |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants shall move to dismiss or otherwise respond to Plaintiffs' Complaint on or before August 4, 2023.